STATE v. PERRY

No. 1P87.

Case below: 83 N.C. App. 543.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 February 1987.

STATE v. SIEGFRIED CORP.

No. 646P86.

Case below: 83 N.C. App. 678.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied and appeal dismissed 3 February 1987.

STATE v. SMITH

No. 691P86.

Case below: 83 N.C. App. 160.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 March 1987.

STATE v. SPRINGER

No. 53P87.

Case below: 83 N.C. App. 657.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987.

STATE v. WALDEN

No. 684P86.

Case below: 83 N.C. App. 152.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 March 1987.